[No. 73949-2-I. Division One. March 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN THOMAS DECKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-06964-9, Samuel Chung, J., entered September 4, 2015. *Affirmed in part* and *reversed in part* by unpublished opinion per Leach, J., concurred in by Cox and Mann, JJ.

[No. 74638-3-I. Division One. March 27, 2017.]

MITCHELL KANE, *Appellant*, v. THE CITY OF SEATTLE ET AL., *Defendants*, BETHANY COMMUNITY CHURCH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-29883-8, Jean A. Rietschel, J., entered January 5, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Spearman, JJ.

[Nos. 74722-3-I; 74723-1-I; Division One. March 27, 2017.]
74922-6-I; 74921-8-I;
74920-0-I.

*In the Matter of the Dependency of* A.B. ET AL.

THE DEPARTMENT OF HEALTH AND SOCIAL SERVICES, *Respondent*, v. MATTIE MACARTHUR ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 14-7-02482-5, Hollis R. Hill, J., entered December 18, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Verellen, C.J., and Becker, J.